IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN C WHITE,

    Plaintiff,

v.

JO ANNE B BARNHART,

    Defendant.

No. C 06-07374 CRB

**ORDER TO SHOW CAUSE**

On December 1, 2006, Plaintiff filed an appeal in this Court from an adverse decision of the Social Security Commissioner. Defendant's answer was due on March 14, 2007, but to date, no answer has been filed. Defendant is hereby ORDERED to submit an answer not later than April 6, 2007, showing cause why this appeal should not be resolved in Plaintiff's favor due to Defendant's failure to file an opposition.

**IT IS SO ORDERED.**

Dated: March 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7374\osc.wpd