IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN C. WHITE,

    Plaintiff,

  v.

JO ANNE B. BARNHART,

    Defendant.

No. C 06-07374 CRB

**ORDER**

A decision having been made not to relate this case to a previously filed matter, Taverniti v. Barnhardt, No. C 03-04126 SBA (N.D. Cal. filed Sept. 10, 2003), the Court hereby instructs Plaintiff to submit his opposition to the government's pending motion to dismiss (filed April 20, 2007) not later than June 8, 2007. The government shall file its reply, if necessary, not later than June 22, 2007. The motion will thereafter be deemed submitted. The Court will inform the parties upon the completion of briefing whether it wishes to have oral argument presented as well.

**IT IS SO ORDERED.**

Dated: May 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7374\order1.wpd