1  SCOTT W. SCHOOLS
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JEAN M. TURK, SBN 131517
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8976
       Facsimile:  (415) 744-0134
7      E-Mail: jean.turk@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           NORTHERN  DISTRICT OF CALIFORNIA

11              **SAN FRANCISCO DIVISION**

12

13  DEAN C. WHITE,                    )
                                      )   CIVIL NO. C-06-07374 CRB
14        Plaintiff,                  )
                                      )   STIPULATION AND ~~PROPOSED~~ ORDER
15        v.                          )   SETTLING ATTORNEY'S FEES
                                      )   PURSUANT TO THE EQUAL ACCESS TO
16  MICHAEL J. ASTRUE,                )   JUSTICE ACT, 28 U.S.C. § 2412(d)
    Commissioner of                   )
17  Social Security,                  )
                                      )
18        Defendant.                  )
    _____  )

19

20      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21  approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in

22  the amount of THREE THOUSAND FOUR HUNDRED FIFTY DOLLARS AND NO CENTS

23  ($ 3,450.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff

24  by counsel in connection with this civil action for services performed before the district court in

25  accordance with 28 U.S.C. §§ 1920 and 2412(d).

26      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

27  and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in

28  the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

1  claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

2  in this action under EAJA.

3       The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel

4  from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset

5  provisions of the law.

6                     Respectfully submitted,

7  Dated:  *October 17, 2007*          */s/ Ian M. Sammis*

8                         *(As authorized via facsimile on October 17, 2007)*

9                         IAN M.SAMMIS
Attorney for Plaintiff

10

11  Dated: *October 17, 2007*           SCOTT N. SCHOOLS
United States Attorney

12                         LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

13                         Social Security Administration

14                         */s/ Jean M. Turk*

15                         JEAN M. TURK
Special Assistant United States Attorney

16

17  IT IS SO ORDERED:

18

19  Dated:  __October 19, 2007__

20                     THE HONORABLE ____ BREYER

21  

22

23

24

25

26

27

28